PER CURIAM.
Affirmed. Lamboy v. Metro-Dade Police Dep’t, 575 So.2d 1317 (Fla. 3d DCA 1991), review denied, 589 So.2d 291 (Fla.1991); In re Forfeiture of $37,388.00, 571 So.2d 1377 (Fla. 1st DCA 1990); Medious v. Department of Highway Safety & Motor Vehicles, 534 So.2d 729 (Fla. 5th DCA 1988), review denied, 542 So.2d 1333 (Fla.1989); Dewey v. Department of Highway Safety & Motor Vehicles, Div. of Fla. Highway Patrol, 529 *311 So.2d 300 (Fla. 2d DCA 1987), review denied, 525 So.2d 877 (Fla.1988).